UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAFAEL ISAGUIRRE DEL TORO, | CASE NO. C26-0741-KKE |
| Petitioner(s), | AMENDED SCHEDULING ORDER |
| v. | |
| WARDEN NORTHWEST ICE PROCESSING CENTER, | |
| Respondent(s). | |

Petitioner filed a petition for habeas corpus, and the Court issued a scheduling order. Dkt. Nos. 4, 5. Because Petitioner is representing himself and filing and receiving materials by mail, the Court AMENDS the scheduling order in the following respects to allow him sufficient time to file a reply and receive notice:

1. Petitioner's reply deadline of April 6, 2026, is EXTENDED to April 20, 2026. The Clerk shall re-note the Government's response for April 20, 2026.

2. The Government shall provide Petitioner notice one week (168 hours) before any action to move or transfer her from the Western District of Washington or to remove her from the United States. Any such notice shall be filed on the docket.

//

//

AMENDED SCHEDULING ORDER - 1

Dated this 7th day of April, 2026.

Kymberly K. Evanson
United States District Judge

AMENDED SCHEDULING ORDER - 2