UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAFAEL IZAGUIRRE DEL TORO, | CASE NO. C26-0741-KKE |
| Petitioner(s), | ORDER DIRECTING GOVERNMENT TO FILE STATUS REPORT |
| v. | |
| WARDEN NORTHWEST ICE PROCESSING CENTER, | |
| Respondent(s). | |

On April 27, 2026, the Clerk's Office received, returned as undeliverable, a copy of an order that was previously mailed to petitioner at the Northwest ICE Processing Center in Tacoma, Washington. Dkt. No. 12. The envelope included the handwritten annotation: "RD Not Here." *Id.* No later than May 5, 2026, the Government shall file to the docket a status report apprising the Court of Petitioner's custody status.

Dated this 1st day of May, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DIRECTING GOVERNMENT TO FILE STATUS REPORT - 1